IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR77 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO DEMMY DEARMA-YERO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On October 4, 2006, defendant appeared with counsel, and his supervising probation officer, regarding certain conditions of his supervised release.  Those conditions are set forth in an agreement between the supervising probation officer and the defendant, and

IT IS ORDERED that the agreement shall be filed with the clerk of the court and placed under seal.

DATED this 6th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court